**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 18-6700**

---

BRIAN J. TURNER,

        Plaintiff - Appellant,

    v.

JOHN EAST, Alex VA Police,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:13-cv-01148-LMB-TCB)

---

Submitted:  November 15, 2018               Decided:  November 20, 2018

---

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Brian J. Turner, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian J. Turner appeals the district court's order denying his motion to appoint counsel. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis, deny Turner's motion to appoint counsel, and affirm for the reasons stated by the district court. *Turner v. East*, No. 1:13-cv-01148-LMB-TCB (E.D. Va. June 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*